# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>Plaintiff,<br><br>v.<br><br>CORCORAN STATE PRISON, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-01325-LJO-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDERS<br><br>(ECF Nos. 10, 12) |

Plaintiff Brandon Alexander Favor ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 23, 2019.

On September 25, 2019, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action. (ECF No. 7.) Plaintiff filed objections on October 7, 2019. (ECF No. 8.) On October 10, 2019, the undersigned adopted the findings and recommendations in full and ordered Plaintiff to pay the $400.00 filing fee within twenty-one days. (ECF No. 10). In that order, Plaintiff was also warned that if he failed to pay the filing fee within the specified time, the action would be dismissed without further notice. (Id. at 2.)

///

1

On October 21, 2019, Plaintiff filed a motion attempting to pay the filing fee by credit card. (ECF No. 11.) The motion was denied, and Plaintiff was informed that the Court cannot accept credit card payments from *pro se* parties unless the individual making the payment is physically present at the Clerk's Office. However, in light of Plaintiff's good faith attempt to pay the filing fee for this action, the Court extended the deadline twenty-one days to permit Plaintiff to pay the filing fee by an alternative method. (ECF No. 12.)

The extended deadline to pay the filing fee has expired, and Plaintiff has failed to comply or otherwise communicate with the Court.

Because Plaintiff has failed to obey the Court's order and pay the appropriate filing fee, this case cannot proceed. This matter will be dismissed. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

**ORDER**

Based on the foregoing, this action is HEREBY DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's orders of October 10, 2019 and October 24, 2019, (ECF Nos. 10, 12), and his failure to pay the filing fee. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this action.

IT IS SO ORDERED.

Dated: **December 2, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE